IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JAMES CALVIN FRAZIER,          )<br>                                )<br>     Petitioner,               )<br>                                )<br>     v.                         )<br>                                )<br>CYNTHIA STEWART, Warden,        )<br>et al.,                         )<br>                                )<br>     Respondents.              )  | CIVIL ACTION NO.<br>2:15cv881-MHT<br>(WO) |

**OPINION**

Pursuant to 28 U.S.C. § 2254, petitioner, a state inmate, filed this lawsuit challenging a 1994 conviction which was used to enhance the more recent sentence he was serving when he filed this case. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the petition be denied. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 15th day of March, 2018.

                                       /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE