IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JAMES CALVIN FRAZIER, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>CYNTHIA STEWART, Warden, )<br>et al., )<br>)<br>Respondents. ) | CIVIL ACTION NO.<br>2:15cv881-MHT<br>(WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 18) is adopted.

(2) The petition for writ of habeas corpus (doc. no. 1) is dismissed with prejudice.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 15th day of March, 2018.

                                       /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**